IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARVEY CANTRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 21-0043-JB-MU ) |
| JESSIE WHITE, SECRETARY OF STATE OF ILLINOIS, | ) ) ) |
| Defendant. | ) ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the 7th day of April, 2021.

/s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE